# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT KNOXVILLE

### MAY SESSION, 1997

FILED

March 25, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

| | | |
|---|---|---|
| William D. Clapp, | ) | C.C.A.No. 03C01-9701-CR-00028 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| | ) | JOHNSON COUNTY |
| VS. | ) | |
| | ) | HON. LYNN W. BROWN |
| STATE OF TENNESSEE, | ) | JUDGE |
| | ) | |
| Appellee. | ) | (Post Conviction - Sentencing) |

FOR THE APPELLANT:

William David Clapp, Pro Se
No. 04405-084
P.O. Box 4000 Whitely-B
F.C.I. Manchester
Manchester, KY 40962-4000

FOR THE APPELLEE:

John Knox Walkup
Attorney General and Reporter

Georgia Blythe Felner
Counsel for the State
450 James Robertson Parkway
Nashville, TN 37243

David Crockett
District Attorney General
Route 19, Box 99
Johnson City, TN 37601

OPINION FILED _____

AFFIRMED PURSUANT TO RULE 20

JERRY L. SMITH, JUDGE

# OPINION

In this appeal of the summary dismissal of his post-conviction petition Appellant, William David Clapp, asks this Court to review the validity of his conviction entered upon his pleas of guilty on September 11, 1985. Appellant pled guilty to destruction of private property. As part of the plea agreement Appellant received a sentence of eleven months and twenty-nine days, all suspended except ten days.

Without acknowledging his post-conviction petition was time-barred under the three year statute of limitations in effect when his conviction became final, Appellant argues that the enactment on May 10, 1995, of the new one year statute of limitations for post-conviction petitions creates a new one year period in which he may file for post-conviction relief. Our State Supreme Court has only recently resolved this issue adversely to Appellant's position. Carter v. State, Monroe Co., No. 03-S-01-9612-CR-00117 (Tenn. S. Ct. September 8, 1997, at Knoxville). Thus the petition for post-conviction relief was properly dismissed.

Accordingly, the judgment of the trial court is affirmed in all respects pursuant to Rule 20, Rules of the Court of Criminal Appeals.

_____
JERRY L. SMITH, JUDGE

CONCUR:

_____
PAUL G. SUMMERS, JUDGE

-2-

_____ -3-___

DAVID G. HAYES, JUDGE